# THE MARKS LAW FIRM, P.C.

1325 Avenue of the Americas, 14th Floor, New York, NY 10019
EMAIL rmadnick@markslawpc.com TEL (646) 770–3775

November 6, 2026

Granted. The conference will be rescheduled.

SO ORDERED:

11/6/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

***FILED VIA ECF***
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007-1312

RE: *Doncouse v. East View International Trade LLC, et al.*
Civil Case No. 1:26-cv-05632-PAE-RWL

Dear Judge Lehrburger:

This firm represents Plaintiff Graciela Doncouse ("Plaintiff") in the above-referenced matter. Plaintiff and Defendant East View International Trade LLC ("East View") jointly and respectfully request a thirty-day adjournment of the Initial Conference, currently scheduled for November 19, 2026 [Dkt. 20], to December 21, 2026, or a date thereafter convenient for the Court. The parties also request a corresponding extension of the deadline to submit the proposed Case Management Plan, from November 12, 2026, to December 14, 2026 [Dkt. 20].

This request is being made, because we have been informed that the non-appearing Defendant, Enki Properties LLC ("Enki"), has been in contact with counsel who is in the process of being retained in this matter. Although the parties met and conferred today regarding the proposed Case Management Plan, we believe it would be more efficient, given these developments, to give Enki additional time to finalize its retention of counsel so that it can meaningfully participate in the Initial Conference and the corresponding discovery plan/schedule.

This is the parties' second request to adjourn the Initial Conference; Your Honor granted the first on October 15, 2026 [Dkt. 20]. Apart from the Case Management Plan deadline, the requested adjournment will not affect any other scheduled date in this action.

Thank you for your attention to the above; please let us know if Your Honor requires any other information.

Respectfully submitted,

Richard M. Madnick, Esq.